CLEMENTE M. JIMÉNEZ, ESQ.
California State Bar Number 207136
431 I Street, Suite 102
Sacramento, CA 95814
(916) 443-8055

Attorney for ALFONSO GUADALUPE CORONA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>vs.<br><br>ALFONSO GUADALUPE CORONA,<br><br>   Defendant. | Case No.: 2:24-cr-066 DAD<br><br>STIPULATION AND ORDER VACATING DATE, CONTINUING CASE, AND EXCLUDING TIME<br><br>DATE:  January 26, 2026<br>TIME:   9:30 a.m.<br>JUDGE: Hon. Dale A. Drozd |

   IT IS HEREBY STIPULATED by and between Assistant United States Attorney, Caily Nelson, Counsel for Plaintiff, and attorney Clemente M. Jiménez, Counsel for Defendant Alfonso Guadalupe Corona, that the sentencing hearing in this matter, currently scheduled for January 26, 2026, at 9:30 a.m., be vacated and continued to this court's criminal calendar on March 2, 2026, at 9:30 a.m.  The parties require additional time to investigate certain information prior to proceeding with sentencing.

   The parties would further request the disclosure schedule be modified as follows:

Informal Objections due:   February 2, 2026
Final PSR due:             February 9, 2026
Formal Objections due:     February 16, 2026
Reply/Non-opposition due:  February 23, 2026

01/08/26

| | | |
|---|---|---|
| DATED: | January 8, 2026 | /S/    Caily Nelson |
| | | PHILLIP TALBERT |
| | | by CAILY NELSON |
| | | Attorney for Plaintiff |
| | | |
| DATED: | January 8, 2026 | /S/    Clemente M. Jiménez |
| | | CLEMENTE M. JIMÉNEZ |
| | | Attorney for Alfonso Guadalupe Corona |

## ORDER

Pursuant to the stipulation of the parties and good cause appearing, the sentencing hearing in the above-entitled matter, previously scheduled for January 26, 2026, is vacated and the matter is continued for sentencing hearing on March 2, 2026, at 9:30 a.m.  Furthermore, the Court adopts the parties' proposed modified presentence report disclosure schedule and related filing dates.

IT IS SO ORDERED.

Dated:   **January 8, 2026**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE

01/08/26