CLEMENTE M. JIMÉNEZ, ESQ.
California State Bar Number 207136
431 I Street, Suite 102
Sacramento, CA 95814
(916) 443-8055

Attorney for Alfonso Corona

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    vs.<br><br>ALFONSO CORONA,<br><br>        Defendant. | Case Nos. 2:24-cr-066 DAD<br><br>REQUEST TO WITHDRAW AS ATTORNEY OF RECORD<br><br>Judge:   Honorable Dale A. Drozd |

Defense counsel, Clemente M. Jiménez, hereby requests to withdraw as counsel of record for defendant Alfonso Corona.

On March 2, 2026, the Court sentenced Mr. Corona to a term of 44 months.

On March 3, 2026, undersigned counsel met with Mr. Corona at the Nevada County Jail to discuss his appellate rights and to answer any remaining questions he might have relating to his case.  At that time, Mr. Corona confirmed he did not wish to appeal his sentence.

WHEREFOR, having concluded representation through sentencing, undersigned defense counsel now requests leave of the Court to withdraw as counsel of record.

//

//

//

- 1 -

DATED:      April 1, 2026


/s/ Clemente M. Jiménez_____
CLEMENTE M. JIMÉNEZ
Attorney for Alfonso Corona



**ORDER**

Having reviewed the notice and found that attorney Clemente M. Jiménez has completed the services for which he was appointed, the Court hereby grants attorney's request for leave to withdraw as defense counsel in this matter.  Should defendant Alfonso Corona seek further legal assistance, defendant is advised to contact the Office of the Federal Defender for the Eastern District of California at, 801 I Street, Sacramento, CA 95814.  The phone number for the office is (916) 498-5700 (collect) 855-328-8339 (toll free).  If appropriate, that office will arrange for the reappointment of counsel to assist defendant.  **Attorney Jiménez is directed to provide a copy of this order on defendant Corona.**


IT IS SO ORDERED.

Dated:   **April 7, 2026**            _____
                                     DALE A. DROZD
                                     UNITED STATES DISTRICT JUDGE